■ In the Matter of THOMAS J. PHILLIPS, Respondent, against EDWARD T. MCCAFFREY, as Commissioner of Licenses of the City of New York, Appellant.— Petitioner has agreed that his application for a license may be deemed amended so as to substitute in answer to the item as to character of performances the words " theatrical shows and performances ". Since there is no issue raised as to petitioner's good moral character or his qualifications and fitness to present and produce theatrical entertainment, the order appealed from is unanimously modified by striking therefrom the words "produce and present vaudeville and burlesque shows" in the first decretal paragraph and the words " engage in the production and presentation of vaudeville and burlesque shows " in the second decretal paragraph. In lieu of such stricken matter there shall be substituted in each paragraph the words "present theatrical shows and performances" and, as so modified, affirmed. No costs. Settle order on notice. Concur — Peck, P. J., Cohn, Botein, Rabin and Cox, JJ. [208 Misc. 267.]

■ In the Matter of SAM LOEB, Respondent, against FRANCIS W. H. ADAMS, as Police Commissioner of the City of New York, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant and the petition dismissed. We are unable to say that the police commissioner abused his discretion in refusing to issue the license here involved. Concur — Peck, P. J., Cohn, Botein, Rabin and Cox, JJ.

■ CHARLES R. PAYTON, Plaintiff, v. TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, Respondent; MONTUORO CONTRACTING CORPORATION, Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Cohn, Botein, Rabin and Cox, JJ.

■ In the Matter of 374–378 BROADWAY REALTY CORPORATION, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [374–378 Broadway, Borough of Manhattan.] — Order unanimously modified so as to fix land value at the sum of $200,000 for each year under review and to fix building value at the sum of $115,000 for the first two years under review and, as so modified, affirmed. On this record the values now fixed are justified. Settle order on notice. Concur — Peck, P. J., Cohn, Botein, Rabin and Cox, JJ.

■ PIETRO SILVESTRI, Respondent, v. JOSEPH NUSSBAUM, Appellant.— Order unanimously modified, without costs, so as to open default upon condition that defendant file undertaking in the sum of $5,000, in which event the case is set for trial for January 3, 1956. Upon this record, opening of the default upon the condition stated is warranted. Settle order on notice. Concur —Peck, P. J., Breitel, Bastow and Cox, JJ.

■ SADIE ZENN et al., Respondents, v. J. J. ANZALONE et al., Respondents. SAMUEL R. ROSEN, Appellant.— Order unanimously affirmed, without costs. We construe the order of reference, in entitling appellant to raise any question as to the fairness, reasonableness or adequacy of the settlement, to include the issue and the effect, if any, of the exclusion of persons from the negotiations for settlement. We assume that unless there is an adverse effect on the settlement by reason of such exclusion, exclusion will not have been shown to be improper. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ. [See post, p. 773.]

■ INLAND CREDIT CORPORATION, Respondent, v. EUGENE SUSMAN, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.